ALD-244                                                                August 11, 2021

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 21-2095

IN RE: JERRY FRAZIER, Petitioner

Present: McKEE, GREENAWAY, JR., and BIBAS, Circuit Judges

    Submitted is Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

    The application for permission to file a second or successive § 2254 petition is granted. Frazier has made a prima facie showing that his claims of new, exculpatory evidence "warrant a fuller exploration by the district court." Goldblum v. Klem, 510 F.3d 204, 219 & n.9 (3d Cir. 2007).

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: October 12, 2021
Sb/cc: All Counsel of Record

**A True Copy:**

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk