### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY FRAZIER, :<br><br>Petitioner, :<br>:<br>v. :<br>:<br>LAUREL HARRY, et al., :<br>:<br>Respondents. : | CIVIL ACTION<br><br>No. 21-cv-04512-RBS |

### O R D E R

On June 7, 2022, Petitioner Jerry Frazier filed an unopposed motion to stay these proceedings for purposes of conducting further discovery. ECF Doc. No. 15. The District Judge granted the motion and stayed the proceedings to provide the Petitioner time "to complete his investigation and to file and exhaust a PCRA petition in state court related to newly discovered and newly disclosed evidence," on the same day the motion was filed. The order required, "Counsel [] to advise the Court within 30 days of the date that the 'new' evidence claims have been exhausted by the state courts." ECF Doc. No. 16.

**AND NOW** this 4th day of January 2023, in order to apprise me of the progression of the proceedings in state court, it is **ORDERED** that:

1. Petitioner shall file a status report on the docket on or before January 16, 2023, advising whether or not the investigation of the newly discovered evidence and witnesses has concluded, and whether a new PCRA petition has been filed in state court.

2. Petitioner shall file a status report every ninety (90) days thereafter advising of the progress of the state court litigation, if any.

**BY THE COURT:**

*s/ Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. MAGISTRATE JUDGE**